# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jose A. Feliciano Colon, a Special Federal Officer of the Federal Bureau of Investigation (FBI), San Juan Division, Ponce Resident Agency, being duly sworn, hereby deposes and states that:

## INTRODUCTION AND AGENT BACKGOUND

1. Affiant is a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7), that is, an officer of the United States who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 18, United States Code.

2. I am a Special Federal Officer with the FBI and have been since September of 2013. I am currently assigned to the San Juan Division, Ponce Resident Agency, in Ponce, Puerto Rico. I have responsibility for a wide range of investigative matters, to include, but not limited to, violent crimes, violent gangs, crimes against children, drug offenses and public corruption offenses. As a Special Federal Officer, I have received additional training in a wide variety of investigative topics to include courses in violent crimes, narcotics, and various matters within the authority of the FBI.

3. The information set forth herein is based on my personal knowledge, information obtained through interviews, information provided to me by other law enforcement officers and through various other forms of information. This affidavit is offered for the limited purpose of establishing probable cause that Jesus Andres Torres Morales violated 18 U.S.C § 922(o): Unlawful possession of a machine gun. Therefore, I have not recited every fact known to me as a result of this investigation.

4. I am familiar with the information contained in this Affidavit, either through personal investigation or through discussions with other law enforcement officers who obtained information through investigation and surveillance, which they in turn reported to me.

5. This affidavit is submitted in support of a criminal complaint charging Jesus Andres Torres Morales in violation of 18 U.S.C. §922(o): Possession of a machinegun.

## FACTS THAT ESTABLISH PROBABLE CAUSE

6. On September 10, 2026, at approximately 10:20 pm the Police of Puerto Rico, Ponce Zone Plan Unit (PZP unit) were conducting preventive patrols in the municipality of Ponce, PR. The PZP unit stopped at a red light at the intersection of highway 14 with the main entrance of the Dr. Pila Public Housing Project (Dr. Pila PHP). Waiting for the light to change, the PZP unit saw a blue Mitsubishi Outlander vehicle leaving the Dr. Pila PHP stopped at the same stop light. When the light changed to green, the PZP Unit began driving and observed the two individuals occupying the Mitsubishi Outlander were not wearing seat belts. The PZP unit then activated the patrol car blue police lights and the sirens before positioning their patrol car to block the Mitsubishi Outlander vehicle. The Mitsubishi Outlander reversed at full speed, hitting a cement pole with the rear part of the vehicle, before then moving forward and impacting the front of the official vehicle patrol (A Dodge Durango driven by Agent Pellicier). Agent Pellicier dismounted from the patrol vehicle and moved next to the driver side of the blue Mitsubishi Outlander which he observed having dark tint on the driver side window. Out of security concerns, Agent Pellicier, opened the door and observed both occupants had their arms extended towards the dash. Agent Pellicier observed a black pistol with a red grip bearing the word

“SUPREME," on the driver's side floor beside the center console with an extended magazine. The extended magazine was also equipped with a red grip with the letters "SUPREME." Agent Pellicier observed this pistol had a modification visible on the rear of the slide, known as a machinegun conversion device by law enforcement, and also referred to as a "chip.” The pistol additionally had an extended magazine protruding from the base of the pistol. Both occupants were placed under arrest. The driver was identified as Jesus Andres Torres Morales, who wore a black wallet crossed on his chest. The black wallet was searched subsequent to arrest and was found to contain 3 loaded high capacity .40 caliber magazines, each loaded with 21 .40 caliber cartridges, one .40 caliber standard capacity magazine loaded with 13 .40 caliber cartridges, and a green, Samsung cell phone with black cover. One of the additional magazines recovered in the black wallet was equipped with red grip bearing the words “Supreme.” The pistol seized from the driver side floor was seized and identified as a black Glock, Model 23, .40 Caliber, Serial No. MHZ277 with a visible machine gun conversion device installed. Police of Puerto Rico identified that the Glock 23 was loaded with one .40 caliber cartridge in the chamber, and 20 .40 caliber cartridges in the high capacity magazine installed in the pistol. In total, 97 rounds of .40 caliber ammunition were recovered by the Police of Puerto Rico in this arrest.




*Location of Glock 23 in driver side floor of Mitsubishi Outlander*



*Evidence line up of all items seized*



*Glock 23 .40 caliber equipped with machine gun conversion device and .40 caliber Glock magazine*



*Close up photo of Glock 23 .40 caliber equipped with machine gun conversion device and .40 caliber Glock magazine recovered from the Mitsubishi Outlander*

7. Based on my training and experience, the device replacing the rear slide cover plate is a machine gun conversion device known as a "chip" or an auto sear. The device is designed to constantly apply force to the internal trigger bar of the Glock handgun, preventing it from resetting, allowing it to fire multiple rounds of ammunition with a single pull of the trigger. This operation is the same as firing automatically more than one shot, without manual reloading, by a single function of the trigger.

8. Based on my training and experience this type of modification, especially in conjunction with high-capacity magazines, is commonly associated with firearms which have been altered to function as machine guns, which is a firearm which fires multiple rounds with a single press of the trigger.

9. The firearm was recovered along with 5 magazines with a total of 97 rounds of .40 caliber ammunition, ammunition consistent with the caliber of the Glock 23 seized.

11. Jesus Andres Torres Morales (Torres), was read his Miranda rights and interviewed by FBI PONCE agents. In the interview he acknowledged he was driving the Blue Mitsubishi Outlander. Torres identified himself as the driver of the Blue Mitsubishi Outlander and was asked why he was arrested. Torres responded, "they found a black pistol with something red on the handle in the car." "They didn't get me with anything on my person."

**CONCLUSION**

12. Based on the above facts, I submit that there is probable cause to believe Jesus Andres Torres Morales violated 18 U.S.C § 922(o) Unlawful Possession of a machinegun.

Respectfully submitted,

Jose A. Feliciano Colon

Special Federal Officer

Federal Bureau of Investigation

Subscribed and sworn by telephone pursuant to the requirements of Fed. R. Crim. P. 4.1 by at 7:52 p.m. on September 11, 2026.

Hon. Giselle López-Soler

United States Magistrate Judge

District of Puerto Rico